UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:  Michelle L. Avent                )    Case No:    17-30386
                                         )    Chapter 13

## OBJECTION TO CONFIRMATION

**COMES NOW,** Susan H. Call, Counsel for Carl M. Bates the Chapter 13 Trustee, and moves this Court to deny confirmation of the Chapter 13 Plan filed on February 9, 2017, for the cause as follows:

1. The Debtor filed this Chapter 13 Petition on January 26, 2017 under 11 U.S.C. Chapter 13, now pending in the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division.

2. This Objection is filed pursuant to 11 U.S.C. 1325.

3. The proposed plan fails to fully address the secured claim (VHDA # 4) as filed.

WHEREFORE, for the reasons stated herein, the Chapter 13 Trustee, by Counsel, Susan H. Call, respectfully moves the Court to deny confirmation of the Debtors' proposed Chapter 13 Plan as filed with the Court, and for such further and other relief as in the premises may seem just.

Date: April 4, 2017                                /s/Susan H. Call
                                                   Susan H. Call, Counsel for
                                                   Carl M. Bates
                                                   Chapter 13 Trustee


### Certificate of Service

I hereby certify that on April 4, 2017, I have mailed or hand-delivered a true copy of the foregoing Objection to Confirmation to the debtor(s), Michelle L. Avent, 3218 Hastings Road, Petersburg, VA 23805 and electronically sent to debtor's attorney, Christopher Mark Winslow, Esquire, chris@chriswinslow.com.

                                                   /s/Susan H. Call
                                                   Susan H. Call, Counsel for
                                                   Carl M. Bates, Chapter 13 Trustee


Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:  Michelle L. Avent                      )   Case No:    17-30386
                                               )   Chapter 13

Debtor Address    3218 Hastings Road
                  Petersburg, VA 23805

Last four digits of Social Security No(s).:    2624

## NOTICE OF OBJECTION TO CONFIRMATION

Susan H. Call, Counsel for Carl M. Bates the Chapter 13 Trustee, has filed papers with the Court objecting to confirmation of your Chapter 13 Plan, which was filed in this case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the relief sought in the Objection, or if you want the Court to consider your views on the Objection, then on or before three (3) days before the date of the hearing, you or your attorney must:

  X    File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 701 East Broad Street, Suite 4000
> Richmond, VA 23219

You must also mail a copy to:

> Susan H. Call, Counsel for
> Carl M. Bates
> Chapter 13 Trustee
> P.O. Box 1819
> Richmond, VA 23218

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

_____    Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

__X__    Attend the hearing on the objection scheduled to be held on **April 12, 2017** at **11:10 am** at United States Bankruptcy Court, **701 East Broad Street, Richmond, VA 23219, Room 5000**.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.

Date:    April 4, 2017                         /s/Susan H. Call
                                               Susan H. Call, Counsel for
                                               Carl M. Bates
                                               Chapter 13 Trustee
                                               P.O. Box 1819
                                               Richmond, VA 23218-1819
                                               VSBN 34367


**Certificate of Service**

I hereby certify that on April 4, 2017, I have mailed or hand-delivered a true copy of the foregoing Notice of Objection to Confirmation to the debtor(s Michelle L. Avent, 3218 Hastings Road, Petersburg, VA 23805 and electronically sent to debtor's attorney, Christopher Mark Winslow, Esquire, chris@chriswinslow.com.

                                               /s/Susan H. Call
                                               Susan H. Call, Counsel for
                                               Carl M. Bates
                                               Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367